UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD LITWIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONSTER WORLDWIDE INC., TIMOTHY T. YATES, EDMUND P. GIAMBASTIANI, JR., JOHN GAULDING, JAMES P. MCVEIGH, GILLIAN MUNSON, JEFFREY F. RAYPORT, AND ROBERTO TUNIOLI,<br><br>Defendants. | Civil Action No. 1:16-cv-11844-WGY |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses with prejudice the Complaint for Violation of the Federal Securities Laws in the above-captioned action. Dismissal is without prejudice to any claims by other members of the putative class.

Dated: November 9, 2016

Respectfully submitted,

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO# 649304)
MATORIN LAW OFFICE, LLC
18 Grove Street
Suite 5
Wellesley, MA 02482
T.: (781) 453-0100
E.: mmatorin@matorinlaw.com

Richard A. Acocelli
Michael A. Rogovin
Kelly V. Keenan
Seth M. Rosenstein
WEISSLAW LLP
1500 Broadway, 16th Floor
New York, NY 10036
(212) 682-3025

*Attorneys for Plaintiff Harold Litwin*

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2016.

/s/ Mitchell J. Matorin
Mitchell J. Matorin